Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for negligent homicide; penalty assessed at a fine of $100.

 The transcript contains no notice of appeal to this court. Such notice, given in open court and entered of record, is essential to the jurisdiction of the reviewing court. In the absence of such notice appearing in the record, the appeal must be dismissed. See article 827, C.C.P.; Pullen v. State, 125 Tex.Cr.R. 292, 68 S.W. 2d 181; Fullbright v. State, 131 Tex.Cr.R. 640, 101 S.W.2d 571; and cases cited.

Under the circumstances, we have no choice but to dismiss the appeal, and it is so ordered.

## BOWMAN v. STATE.
### No. 19244.

Court of Criminal Appeals of Texas.
Dec. 15, 1937.

A. A. Dawson, of Canton, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for unlawfully driving an automobile upon the public highway while intoxicated; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular and properly presented. The appellant entered a plea of guilty to the offense charged and waived a jury upon the trial. The record is before this court without statement of facts or bills of exception.

Nothing having been presented justifying a reversal, the judgment of the trial court is affirmed.